1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD YOUNG,<br>CDCR #F-44590, | ) | Civil No.   09-2545 DMS (JMA) |
| Plaintiff, | ) ) | **ORDER DISMISSING FIRST AMENDED COMPLAINT** |
| vs. | ) | |
| LARRY SMALLS, et al., | ) | |
| Defendants. | ) | |

On November 10, 2009, Howard Young ("Plaintiff"), a state prisoner currently incarcerated at Calipatria State Prison in Calipatria, California, and proceeding in pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. The Court issued an Order on January 19, 2010 dismissing Plaintiff's Complaint for failing to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) & 1915A(b).  The Plaintiff was notified of the deficiencies of pleading and provided an opportunity to file a First Amended Complaint.  However, on that same day, Plaintiff filed his First Amended Complaint [Doc. No. 12].

/ / /

/ / /

Because Plaintiff could not have received the Court's Order in time to correct the problems the Court identified in his previous pleading, the Court will DISMISS Plaintiff's First Amended Complaint and permit him to file a Second Amended Complaint within the time frame already identified in the Court's January 19, 2010 Order. If Plaintiff wishes to instead proceed with the First Amended Complaint filed on January 19, 2010, he must notify the Court no later than March 1, 2010 of that decision. The Court will then reopen the matter and sua sponte screen Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) & 1915A(b).

**IT IS SO ORDERED.**

DATED: January 27, 2010

_____
HON. DANA M. SABRAW
United States District Judge