# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>  vs.                              Plaintiff,<br><br>LARRY SMALLS, *et al.*,<br><br>                                    Defendants. | Case No. 09cv2545 DMS (JMA)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Howard Young, a state prisoner proceeding *pro se*, filed an action pursuant to 42 U.S.C. Section 1983 alleging violation of his constitutional rights. The case was referred to United States Magistrate Judge Jan M. Adler for a report and recommendation in accordance with 28 U.S.C. Section 636(b)(1)(B) and Civil Local Rule 72.3. Plaintiff filed a motion for summary judgment, which Defendants opposed. On March 2, 2012, the Magistrate Judge issued a Report and Recommendation, recommending to deny Plaintiff's motion pursuant to Federal Rule of Civil Procedure 56(d) without prejudice to refiling after the United States District Court for the Eastern District of California had the opportunity to rule on Plaintiff's motion to quash subpoenas and Defendants have conducted discovery necessary to oppose the motion.

In reviewing a magistrate judge's report and recommendation, the district court "shall make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate

judge." 28 U.S.C. § 636(b)(1). Plaintiff's objections to the Report and Recommendation are **OVERRULED** and the Report and Recommendation is **ADOPTED**. Plaintiff's motion for summary judgment is **DENIED WITHOUT PREJUDICE** for the reasons stated in the Report and Recommendation.

**IT IS SO ORDERED.**

DATED: April 3, 2012

HON. DANA M. SABRAW
United States District Judge